IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| REETA CASON, | Civil Action No. |
| Plaintiff, | 1:21-cv-01287-TCB-JKL |
| v. | JURY TRIAL DEMANDED |
| MARRIOTT HOTEL SERVICES, INC., | |
| Defendant. | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Reeta Cason and Defendant Marriott Hotel Services, Inc., by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action. All parties agree to pay their own costs and fees associated with this dismissal.

*[Signatures on following page.]*

1

Respectfully submitted this 7th day of February, 2022.

| **BARRETT & FARAHANY** | **KILPATRICK TOWNSEND & STOCKTON LLP** |
|---|---|
| s/ *Adian R. Miller* | s/ *Noelle A. Abastillas* |
| Adian R. Miller | Noelle A. Abastillas |
| Georgia Bar No. 794647 | Georgia Bar No. 211589 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| PO Box 530092 | 1100 Peachtree Street, Suite 2800 |
| Atlanta, GA 30343 | Atlanta GA, 30309 |
| (404) 214-0120 | (404) 815-6500 |
| adian@justiceatwork.com | nabastillas@kilpatricktownsend.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| REETA CASON,<br><br>   Plaintiff,<br><br>v.<br><br>MARRIOTT HOTEL SERVICES, INC.,<br><br>   Defendant. | Civil Action No.<br><br>1:21-cv-01287-TCB-JKL<br><br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing *Stipulation of Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Noelle A. Abastillas
nabastillas@kilpatricktownsend.com

Respectfully submitted this 7th day of February, 2022.

                                           **BARRETT & FARAHANY**

                                           s/ *Adian R. Miller*
                                           Adian R. Miller
                                           Georgia Bar No. 794647